**STATE v. CANADY**

[355 N.C. 277 (2002)]

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CARLOS CANADY | ) | |

No. 115A00

Defendant was granted a New Trial pursuant to *State v. Canady,* 355 N.C. ——, —— S.E.2d —— (March 7, 2002) (No. 115A00). Defendant's motion for appropriate relief is hereby dismissed *without prejudice* as to his right to raise the issue pursuant to N.C.G.S. § 15A-2005 in the trial court.

Defendant's Motion for Imposition of a Life Sentence is denied.

By the order of the Court in Conference, this 6th day of March, 2002.

Butterfield, J.
For the Court